PROB 12B
EDAR (5/2002)

**United States District Court**

for the

**Eastern District of Arkansas**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT - 5 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Darrell Lamont Boyd | Case Number: 4:07CR291-01 JMM |

Name of Sentencing Judicial Officer:   Honorable Rodney L. Sippel
United States District Judge

Transfer of Jurisdiction on September 13, 2007

Reassigned to:
Honorable James M. Moody
United States District Judge

Offense: Possession of Cocaine Base with Intent to Distribute

Date of Sentence: May 9, 2001

Sentence: 92 months imprisonment, 4 years supervised release, drug treatment, drug testing and $100 special penalty assessment

Type of Supervision: Supervised Release    Date Supervision Commenced: June 11, 2007
Expiration Date: June 10, 2010

Asst. U.S. Attorney: Jana Harris    Defense Attorney: To be Appointed

U.S. Probation Officer: Aaron J. Germany
Phone No.: 870-972-8265

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

> The defendant shall reside at and participate in a residential re-entry center for a period of six months, as directed by the U.S. Probation Office.

> The defendant shall participate in a program of anger management or domestic violence classes under the guidance of the Probation office.

Prob 12B                                -2-                    Request for Modifying the
                                                              Conditions or Terms of Supervision
                                                              with Consent of the Offender

Name of Offender:  Darrell Lamont Boyd                 Case Number:  4:07CR291-01 JMM

### CAUSE

On January 31, 2009, Mr. Boyd was arrested in West Memphis, Arkansas, for driving with a suspended/revoked license. On March 27, 2009, Mr. Boyd was sentenced to a $225 fine and $75 court costs. Mr. Boyd failed to report this arrest to the probation officer. On July 9, 2009, Mr. Boyd was arrested in Jonesboro, Arkansas, for 3rd degree assault. The alleged victim is his former girlfriend, Carnice Lindsey. He has a court date scheduled for October 27, 2009. The court clerk stated that if Mr. Boyd provides proof that he has completed domestic violence classes, the charge will be dismissed.

On July 14, 2009, Mr. Boyd called the probation office and reported that he was arrested on July 9, 2009. He was instructed to report to the probation office on July 16, 2009. He failed to report as instructed. On July 17, 2009, this officer called and left a voice message instructing Mr. Boyd to report on July 28, 2009. Mr. Boyd failed to report as instructed. On August 20, 2009, a home visit was attempted but this officer did not contact anyone at the residence. On August 21, 2009, this officer mailed Mr. Boyd a letter instructing him to report to the probation office on August 26, 2009. Mr. Boyd failed to report as instructed.

On September 14, 2009, Mr. Boyd reported to the supervision office and stated that his housing situation has been unstable since he and his former girlfriend separated. He also stated that he has been hospitalized twice since July 14, 2009, because of complications associated with his dialysis. He reported that he has been residing with friends and at the local Salvation Army recently. This officer called and spoke with a representative at the Salvation Army and she confirmed that Mr. Boyd has been residing there. Mr. Boyd has expressed an interest in entering a residential re-entry center in order to gain some structure as he attempts to secure housing. He also has expressed a willingness to participate in domestic violence classes.

Mr. Boyd has a special condition of his supervision to participate in drug treatment and drug testing. At this time, Mr. Boyd is not required to submit to drug testing because he is a dialysis patient and cannot produce a urine sample. If his condition improves, the drug testing requirement will be enforced. If the Court does not approve this plan of action, please advise how to proceed.

On September 15, 2009, Mr. Boyd signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation. The Federal Public Defender's Office has been contacted and is in agreement with the modification recommended above.


_____                    _____
Aaron J. Germany                             Jana Harris
U.S. Probation Officer                       Assistant U.S. Attorney

Date: September 29, 2009                     Date:  10-1-09

Prob 12B                         -3-                         Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Darrell Lamont Boyd          Case Number: 4:07CR291-01 JMM

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

10/5/09
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Rebecca Tulper by Michelle B. Sims_
Supervising U.S. Probation Officer

AJG/khm

c:  Assistant Federal Public Defender, Jerome Kearney 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a residential re-entry center for a period of six months, as directed by the U.S. Probation office.**

**The defendant shall participate in a program of anger management or domestic violence classes under the guidance of the Probation office.**

Witness: _____        Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

9-15-09
DATE